IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-0009 (WLS-TQL) |
| | : |
| MAURICE ANTWON JOHNSON, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Presently before the Court is Defendant's First Motion to Continue Trial (Doc. 21), which was filed on August 17, 2022. Therein, Defendant requests that this case be continued beyond the specially set September 19, 2022, trial term and that the Speedy Trial Act deadline in this matter be extended to the completion of that trial term. (*Id.*) This Court has construed Defendant's request to continue, as a request to continue this matter to the next regularly scheduled trial term in the Valdosta Division and to exclude the time lost under the Speedy Trial Act to the completion of that term. If Defendant objects to this construction, Defendant is **ORDERED** to notice the Court in writing **within seven (7) days of the entry of this Order**.

The reason that Defendant moves to continue this matter from the September 19, 2022, trial term is that Defense Counsel has not yet had the opportunity to fully review the discovery material and conduct an appropriate investigation. (*Id.*) Based on the Parties' stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 21) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November 2022 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has

continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

The August 23, 2022 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 18th day of August 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**