IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-0009 (WLS-TQL) |
| | : |
| MAURICE ANTWON JOHNSON, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

On December 1, 2022, this Court Ordered the Parties to confer and inform the Court no later than Monday, December 19, 2022, whether any matters required a hearing or further briefing or whether the case was ready to proceed to trial. (Doc. 27.) Counsel for the Government and Defendant filed their Responses on December 19, 2022. (Docs. 28 & 29.)

Pursuant to Defendant's Joint Response (Doc. 28) an extension of time is necessary for Defense Counsel to further investigate Defendant's prior convictions. Further investigation is necessary, before meaningful negotiations can take place, as there are a number of prior convictions that "potentially qualify as predicate offenses under the Career Offender categorization." (Doc. 28.)

This Court notes that while Defense Counsel states that "[a] motion to continue the case is necessary" Defense Counsel did not specifically request a continuance. Accordingly, Defense Counsel is hereby **ORDERED** to file a formal Motion to Continue, if one is necessary or desired by Defendant, **by no later than December 27, 2022**.

**SO ORDERED**, this 20th day of December, 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1