IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No.: 7:22-CR-0009 (WLS-TQL) |
| : | |
| MAURICE ANTWON JOHNSON, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

The Court intends to notice this case for the May 2023 trial term. All Parties' counsel **shall** review the case, confer, and inform the Court no later than **Monday, March 20, 2023,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; otherwise this case will be noticed for a pretrial conference.

**SO ORDERED**, this 7th day of March, 2023.

                                                              /s/ W. Louis Sands
                                                              **W. LOUIS SANDS, SR. JUDGE**
                                                              **UNITED STATES DISTRICT COURT**