IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-0009 (WLS-TQL) |
| | : |
| MAURICE ANTWON JOHNSON, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

# **ORDER**

On March 7, 2023, this Court Ordered the Parties to confer and inform the Court whether any matters required a hearing or further briefing or whether the case was ready to proceed to trial. (Doc. 34.) The Parties filed a Joint Response on March 17, 2023. (Doc. 34.) Therein, the Parties indicate that they have reached an agreement, wherein Defendant will enter a negotiated plea of guilty to a superseding information. (*Id.*) The Parties also state that they will work with the Court to schedule a date for a change of plea hearing.

The Court enters this Order to acknowledge timely receipt of the Parties' response. Counsel shall immediately confer with the Courtroom Deputy to schedule a hearing with respect to the agreed disposition.

**SO ORDERED**, this 21st day of March, 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1